# EXHIBIT A

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 450-2022-06844 |

Texas Workforce Commission Civil Rights Division                    and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev. etc.)* | Home Phone | Year of Birth |
|---|---|---|
| Joshua Davison | (940) 263-2964 | |

**Street Address**
178 New Moon Lane
Wichita Falls, TX 76306

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Work Services Corporation | 501+ Employees | (940) 766-3207 |

**Street Address**
1343 Hatton Road
Wichita Falls, TX 76302

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

**Street Address**

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 07/01/2021    Latest: 08/19/2022 |
| Disability, Sex | Continuing Action |

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Work Services Corporation in February, 2018. My position is Custodian and I am assigned to Sheppard Air Force Base. My direct supervisor is Bonnie Matthews. In approximately July, 2021, I began working with Bridget, last name unknown, who is a supervisor with The Defense Commissary Agency ("DeCA"). DeCA operates the commissary at Sheppard Air Force Base. I have been subjected to harassment from Bridget since we began working together. The harassment includes, but is not limited to, spilling coffee and trash on floors after I had cleaned them, following and videotaping me, passing gas while in close proximity to me, and intentionally running into me with a cart. Additionally, I have been sexually harassed by Bridget. The sexual harassment incudes rolling her tongue at me and making sexual gestures such as "twerking" while in close proximity to me. I complained to supervisor Matthews but was told that I should just ignore Bridget. However, the sexual harassment and harassment due to my disability continued. In July, 2022 I was suspended with pay after Bridget complained that I had approached her in an aggressive manner. She provided video she had taken to substantiate her claim, however I informed Matthews that the video had been edited and it was she who was the aggressor. Despite my explanation and prior complaints, I was reassigned to a different area. I believe I have been harassed and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 8/23/2022  *Date* —— *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*  8/23/2022 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☒ EEOC<br>☐ FEPA | 450-2022-06844 |

Texas Workforce Commission Civil Rights Division                     and EEOC
*State or local Agency, if any*

discriminated against due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended. I further believe I have been sexually harassed due to my sex, Male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>8/23/2022<br>Date                    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*<br>8/23/2022 |