# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVIDSON** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00055-O |
| | § | |
| **WORK SERVICES CORPORATION** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On January 24, 2025, Defendant notified the Court that the Parties have reached a preliminary resolution of all claims and defenses in this action (ECF No. 25). Accordingly, the Parties are **DIRECTED** to file the appropriate settlement papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—**no later than February 26, 2025**. If the Parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the Parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** this **27th day** of **January, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE